UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-00019

| | |
|---|---|
| WILLIAM F. MACKEY | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| WELLS FARGO BANK, N.A., | ) **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Defendants. | ) ) ) ) ) ) |

**PLEASE TAKE NOTICE** that Plaintiff substitutes Alesha S. Brown, Esq. of Hall and Dixon, PLLC as his counsel in this lawsuit. Plaintiff respectfully requests that all notices, pleadings, orders and further correspondence be addressed to Attorney Brown as stated herein.

This the 18th day of August, 2020,

**HALL & DIXON, PLLC**

*/s/ Alesha S. Brown*
Alesha S. Brown, NC Bar # 53000
725 East Trade Street, Suite 115
Charlotte, NC, 28202
P: (704) 935-2656
F: (704) 626-2620
abrown@halldixonlaw.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

**Frederick T. Smith**
**Ethan Goemann**
**SEYFARTH SHAW LLP**
**1212 West Trade Street, Suite 2020**
**Charlotte, NC 28202**
**P: (704) 925-6026**
**F: (704) 946-6083**
**fsmith@seyfarth.com**
**egoemann@seyfarth.com**
*Counsel for Defendants*

This, the 18th day of August, 2020.

**HALL & DIXON, PLLC**

*/s/ Alesha S. Brown*_____
Alesha S. Brown, NC Bar # 53000
725 East Trade Street, Suite 115
Charlotte, NC, 28202
P: (704) 935-2656
F: (704) 626-2620
abrown@halldixonlaw.com
*Counsel for Plaintiff*

2