UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CERTIFICATION OF ADR SESSION

**WILLIAM F. MACKEY,**

    **PLAINTIFF,**

v.           **CASE NO: 3:20-CV-00019-FDW**

**WELLS FARGO BANK, N.A.,**

    **DEFENDANT.**

    I hereby certify that the parties have held an Alternate Dispute Resolution session on August 20, 2020.

    The ADR session was:

      _X_   Mediation Session
      _____   Early Neutral Evaluation Session
      _____   Settlement Offer
      _____   Other (Describe type of session.) _____
      _____
      _____.

    The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

      _X_   All individual parties and their counsel
      _X_   Designated corporate representatives
      _____   Required claims professionals
      _____   Other:

6918792v.1

Case 3:20-cv-00019-FDW    Document 11    Filed 08/24/20    Page 1 of 2

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____
_____
_____
_____

The outcome of the ADR session was:

____    **The case has been completely settled.**  Counsel will promptly file a stipulation of voluntary dismissal with prejudice upon all parties executing a final settlement and release agreement.

____    **The case has been partially resolved.**  Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

  X     **The parties have reached an impasse.**

I certify that the above is a true and accurate report of the result of the ADR process and that all parties of record have received a copy of this report.

| | |
|---|---|
|    Kenneth P. Carlson, Jr.    | 08/24/2020 |
| Name of Mediator | Date |

  **s/Kenneth P. Carlson, Jr.**
   Signature of Mediator