UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-00019-FDW

| WILLIAM F. MACKEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **JOINT MOTION OF PLAINTIFF AND DEFENDANT FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES** |
| WELLS FARGO BANK, | ) | |
| Defendant. | ) | |

NOW COME, Plaintiff William F. Mackey and Defendant WELLS FARGO BANK, N.A., by and through their undersigned counsel, and respectfully move the Court for an extension of deadlines for: (1) the Completion of Discovery; and (2) the filing of Dispositive Motions. In support of this motion, the parties state the following:

1. Pursuant to the Court's March 6, 2020 Case Management Order (Dkt. 9), discovery is to be completed by Thursday, September 3, 2020 and dispositive motions are to be filed by Thursday, October 1, 2020.

2. New counsel, Alesha S. Brown, for Plaintiff was retained on Monday, August 17, 2020 at approximately 2:00 PM.

3. A mediation in this matter was held on Thursday, August 20, 2020, and the parties were not able to settle the case at that time.

4. The parties have completed written discovery in this action, but this extension will also allow for time for Counsel for the Plaintiff to submit supplemental discovery for this

1

matter.

5. On August 20, 2020. Defendant noticed Plaintiff's deposition for September 2, 2020 at 9:00 a.m.

6. Counsel for the Plaintiff received news of a tragic family death in the early morning of August 25, 2020. Counsel for Plaintiff notified counsel for Defendant of the tragedy on August 27, 2020 and the need to cancel Plaintiff's deposition in light of same and additional time to complete discovery and file dispositive motions in this action.

7. Counsel for the Defendant immediately consented to the cancelation of Plaintiff's deposition and the filing of a joint motion for extension of of the discovery and dispositive motions deadlines.

WHEREFORE, due to the unforeseen circumstance of a family death and that Plaintiff's counsel has been newly retained, the parties respectfully move the Court for a thirty (30) day extension of time for the discovery and dispositive motions deadlines, therebymaking the deadline for completion of discovery up to and including October 3, 2020 and the deadline for filing of dispositive motions up to and including October 31 2020.

Respectfully submitted,

This is the 1st day of September, 2020.

HALL & DIXON, PLLC

*/s/Alesha S. Brown*
Alesha S. Brown, NC Bar # 53000
Hall and Dixon, PLLC
725 East Trade Street, Suite 115
Charlotte, NC, 28202
P: (704) 935-2656
F: (704) 626-2620
abrown@halldixonlaw.com

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing JOINT **MOTION OF PLAINTIFF AND DEFENDANTFOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Frederick T. Smith
Seyfarth Shaw LLP
fsmith@seyfarth.com
**Attorney for Defendant Wells Fargo**

Ethan Goemann
Seyfarth Shaw LLP
egoemann@seyfarth.com
**Attorney for Defendant Wells Fargo**

This the 1st day of September, 2020

HALL & DIXON, PLLC

*/s/ Alesha S. Brown*
Alesha S. Brown, NC Bar # 53000
Hall and Dixon, PLLC
725 East Trade Street, Suite 115
Charlotte, NC, 28202
P: (704) 935-2656
F: (704) 626-2620
abrown@halldixonlaw.com

1