UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-19-FDW

| WILLIAM F. MACKEY, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WELLS FARGO BANK, N.A., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Joint Motion to Continue (Doc. No. 12). For the reasons stated in the motion, to which all parties consent, the Court GRANTS the motion. The Case Management Order (Doc. No. 9) is modified as follows:

| | |
| --- | --- |
| **Discovery Completion:** | **October 3, 2020** |
| **ADR:** | **October 17, 2020** |
| **Dispositive Motions:** | **November 1, 2020** |
| **Dispositive Motions Hearing:** | **December 7 – 18, 2020** |
| **Trial Setting:** | **January 4-22, 2021** |

All other portions of the Court's Case Management Order (Doc. No. 9) shall govern.

IT IS SO ORDERED.

Signed: September 21, 2020

Frank D. Whitney
United States District Judge