**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:20-CV-00019-FDW**

| | | |
|---|---|---|
| **WILLIAM F. MACKEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Doc. No. 22) filed by Defendant.  Gerald L. Pauling seeks to appear as counsel *pro hac vice* for Defendant.   Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Doc. No. 22) is GRANTED.

   IT IS SO ORDERED.

   Signed: February 4, 2021

   Frank D. Whitney
   United States District Judge