UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:20-cv-00019-FDW

WILLIAM F. MACKEY,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## [PROPOSED] ORDER

Pursuant to the parties' Joint Motion to Reset Trial Date, and for good cause shown, the Court grants the joint motion and resets the trial in this action for the Court's April 1, 2021 trial term.

IT IS SO ORDERED.

Signed: February \_\_\_\_, 2021

_____
Frank D. Whitney
United States District Judge