UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-19-FDW

| | |
|---|---|
| WILLIAM F. MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the parties' Joint Motion to Reset Trial Date (Doc. No. 27) and joint Motion for Leave to Amend Jointly-Proposed Pretrial Order (Doc. No. 28). For the reasons stated in both motions, to which all parties consent, they are GRANTED.

IT IS THEREFORE ORDERED that parties' Joint Motion to Reset Trial Date (Doc. No. 27) and joint Motion for Leave to Amend Jointly-Proposed Pretrial Order (Doc. No. 28) are GRANTED. Trial in this matter is hereby continued from March 1, 2021, to the Court's mixed trial term beginning July 12, 2021.

IT IS SO ORDERED.

Signed: February 17, 2021

Frank D. Whitney
United States District Judge