UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-19-FDW

| WILLIAM F. MACKEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WELLS FARGO BANK, N.A., | ) | |
| Defendant. | ) | |

TAKE NOTICE that a pretrial conference will take place immediately following docket call on July 12, 2021, at 9:15 a.m. in Courtroom #5B of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: July 1, 2021

Frank D. Whitney
United States District Judge