# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-cv-00019-FDW

WILLIAM F. MACKEY, )
)
    Plaintiff, )
)
v. )
)
WELLS FARGO BANK, N.A., )
)
    Defendant. )
)

DEPOSITION
OF
WILLIAM F. MACKEY

Taken at:

Seyfarth Shaw, LLP
121 West Trade Street, Suite 2020
Charlotte, North Carolina

On Tuesday, September 22, 2020

REPORTER:  CHRISTINE A. TAYLOR, RPR
Notary Public

1  A.  I can't say.
2  Q.  Okay.  Can you look in your Complaint and tell me
3      whether you're claiming you were denied another
4      promotion other than the SOSS IV position?
5  A.  Yes.  I was denied -- well, I was -- I applied for
6      other positions that would have --
7  Q.  That's not my question.  My question is are you
8      claiming that you were denied any other promotions
9      because of your race and/or your sex in your lawsuit
10     against Wells Fargo?
11 A.  No.
12              MS. BROWN:  When you say other
13     promotions, I just want to make sure he's clear
14     and I'm clear.  If he was at an SOS III and the
15     only real promotion available to him would be a
16     IV, how could he have been denied other
17     promotions?
18              MR. SMITH:  Alesha, I'm not here to
19     question you.
20              MS. BROWN:  Yeah.  Sure.
21              MR. SMITH:  Nor am I -- I've given you
22     a lot of latitude.  Nor am I interested in your
23     testimony.
24              MS. BROWN:  I'm just trying to
25     understand the question, Fritz.

```
 1                    MR. SMITH:  It's pretty clear.
 2                    My question was are you claiming that
 3           you've been denied other promotions because of
 4           your race and/or your sex in this lawsuit?
 5                    I don't know how I can ask that any
 6           clearer.  You can make all the arguments you
 7           want.  But I don't want you framing any more
 8           questions, nor do I want you testifying.
 9                    MS. BROWN:  Well, I'm certainly not
10           testifying.  I'm just trying to make sure the
11           questions are clear.
12        BY MR. SMITH:
13   Q.   Did you understand my question, sir?
14             Okay.  We'll do it over again.  I'll make it
15        even simpler.
16             Are you claiming that you were denied any other
17        promotions because of your race in this lawsuit?
18   A.   No.
19   Q.   Are you claiming that you were denied any other
20        promotions because of your sex in this lawsuit?
21   A.   I can't say.
22   Q.   Why not?
23   A.   Why I can't say?
24   Q.   Yeah.
25   A.   Because, I mean, this is the only promotion I've been
```

```
 1        denied, you know.  I mean, I applied for other
 2        positions and I was only under their leadership.
 3   Q.   So are you claiming that other positions that you
 4        applied for and were denied, that you were denied
 5        those other positions because of your gender?
 6   A.   Well, can I explain?
 7   Q.   Yeah, you can explain.
 8   A.   Why is it so hard for me to answer your question?
 9   Q.   Yeah.
10   A.   Is because I was brought in as the only black male of
11        the group, and I am the only black -- I am the only
12        individual at that group that has not been able to be
13        promoted.  And the only place that I can go is to the
14        IV at the point if I was to be promoted.  But I would
15        have to apply for other positions within the group.
16        So that's why it's very hard for me to say.
17             You know, and it's written -- if I'm the only
18        black man that can't be promoted -- I mean, only
19        person that can't be promoted and I'm the only black
20        male on the team, that's telling me discrimination is
21        there.
22   Q.   Are you -- do you think you should have been put into
23        some other position and that you were denied some
24        other position at the bank because of your race or
25        your sex?
```

1  A.  I can't say that.
2  Q.  So your salary was bumped up to $51,584 in 2019;
3      correct?
4  A.  Correct.
5  Q.  Then you received a raise in 2020; correct?
6  A.  Yes.
7  Q.  Okay.  To 52,582.40?
8  A.  Correct.
9  Q.  Is that your current salary?
10 A.  Yes.
11 Q.  Okay.  And do you believe that the salary that the
12     bank paid you in 2019 and 2020 is discriminatory?
13 A.  Yes, I do.
14 Q.  Okay.  And why?
15 A.  Because I'm still in the same boat I was when I came
16     into the department.  If you look at the job code and
17     job family, I was still getting in the same boat.
18 Q.  How are you in the same boat?
19 A.  Because the pay scale has -- has arisen from 2010 to
20     2018 -- well, 2018, 2020.
21 Q.  How many SOSS IVs are there in Charlotte on your team?
22 A.  In Charlotte, SOSS IV, one, two, three, four, five.
23     There's five of us.
24 Q.  Who?
25 A.  Anna Taylor, Kathie Little, Tracy Prince, Cecile

```
 1                    MS. BROWN:  Yeah.
 2                    MR. SMITH:  We're going to reserve the
 3           right to keep the deposition open to delve
 4           further into that subject.
 5      BY MR. SMITH:
 6   Q.  How many times have you seen Dwayne?
 7   A.  I'd say around about eight visits.  I mean, I think
 8       it's been about two months, somewhere -- give or take
 9       eight visits.
10   Q.  Has any healthcare professional said that your Type 2
11       diabetes has been impacted by Wells Fargo treatment of
12       you?
13   A.  No.
14   Q.  And has any healthcare provider opined that the
15       hypertension that you suffer from and your
16       hospitalization in 2017 or 2018 was as a result of
17       Wells Fargo's alleged treatment of you?
18   A.  No.
19   Q.  You were first prescribed medication for stress three
20       or four months ago; is that correct?
21   A.  Yeah, in June.  I believe it was in June because I
22       think that's when she went out on leave.
23   Q.  And who are you referring to?
24   A.  Dr. Mistretta.  My primary doctor, Dr. Mistretta.  I
25       believe it's spelled M-i-s-t-r-e-t-t-a.
```

1  Q. She's your primary care physician?
2  A. Yes.
3  Q. And why did she prescribe stress medication for you
4     beginning three or four months ago?
5  A. Well, she done a stress test on me and she prescribed
6     it.
7  Q. Did she make any diagnosis as to the cause or causes
8     of your stress?
9  A. No.
10 Q. Did she opine that the stress is a need for the stress
11    medication as a result of Wells Fargo's treatment of
12    you?
13 A. No.  Well, maybe -- I don't know whether it was
14    because of my blood level, elevated.
15 Q. Has she told you that you -- your blood elevated, you
16    mean blood pressure?
17 A. Yeah, blood pressure.
18 Q. You've got high blood pressure?
19 A. Yeah.
20 Q. Has she opined your high blood pressure is as a result
21    of Wells Fargo's treatment of you?
22 A. I don't -- no.
23 Q. So we started off on this line of questioning asking
24    you about whether you had been impacted, and you said
25    financially and emotionally, and emotionally led to a