UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-00019-FDW

| | |
|---|---|
| WILLIAM F. MACKEY, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, <br><br> Defendant. | **MOTION FOR STAY/RECESS ON JULY 14, 2021** |

NOW COME, Plaintiff William F. Mackey ("Plaintiff"), by and through their undersigned counsel, and respectfully move the Court for a recess on July 14, 2021. In support of this motion, Plaintiff states the following:

1. This matter is currently set for trial to begin on Tuesday, July 13, 2021 with calendar call set for Monday, July 12, 2021.

2. On Thursday, July 1, 2021 counsel for Plaintiff learned of a close childhood friend's untimely death.

3. The funeral service is set to occur on July 14, 2021 in Charleston, South Carolina.

4. Counsel for Plaintiff seeks to attend the funeral.

5. Plaintiff has conferred with Defendant and Defendant consents to a recess of trial on July 14, 2021 so counsel for Plaintiff can attend the funeral service.

6. This motion is filed in good faith and not for any improper purpose.

1

WHEREFORE, the parties respectfully move the Court a recess from trial on July 14, 2021.

Respectfully submitted this is the 6th day of July, 2021,

**JUSTICE IN ACTION LAW CENTER**

*/s/Alesha S. Brown*
Alesha S. Brown, NC Bar # 53000
521 Briar Creek Road
Charlotte, NC, 28205
P: (704) 500-0197
F: (704) 500-0197
abrown@justiceinactionlaw.com

**CONSENTED TO BY:**

**SEYFARTH SHAW LLP**

*/s/ Frederick T. Smith*
Frederick T. Smith, NC Bar # 45229
121 West Trade Street, Suite 2020
Charlotte, NC 28202
P: (704) 925-6023
F: (704) 559-2425
fsmith@seyfarth.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **JOINT MOTION FOR RECESS ON JULY 14, 2021** was delivered to the Clerk of Court on the date below using the CM/ECF Filing system, and shall deliver a copy of the same to counsel of record addressed as follows:

Frederick T. Smith
Seyfarth Shaw LLP
fsmith@seyfarth.com
**Attorney for Defendant Wells Fargo**

Ethan Goemann
Seyfarth Shaw LLP
egoemann@seyfarth.com
**Attorney for Defendant Wells Fargo**

Respectfully submitted this is the 6th day of July, 2021,

**JUSTICE IN ACTION LAW CENTER**

*/s/: Alesha S. Brown*
Alesha S. Brown, NC Bar # 53000
521 Briar Creek Road
Charlotte, NC, 28205
P: (704) 500-0197
F: (704) 500-0197
abrown@justiceinactionlaw.com
*Attorney for Plaintiffs*

2