UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-00019-FDW

| | |
|---|---|
| WILLIAM F. MACKEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>WELLS FARGO BANK, )<br>)<br>Defendant. ) | **NOTICE OF APPEARANCE** |

NOW COMES Plaintiff in the above captioned case, via undersigned Counsel of record, and gives notice to the Court and to all ancillary parties that Plaintiff shall, in addition to ***Alesha S. Brown of Justice in Action Law Center***, also be represented in this case by the undersigned member of the North Carolina State Bar, duly admitted to practice in the United States District Court in the Western District of North Carolina: ***Charles W. Hands III of Hands Law Office, PLLC***. Accordingly, please include the undersigned in all Notices, Motions, and Communications concerning this action.

This is the 9th day of July 2021.

**HANDS LAW OFFICE, PLLC**

*/s/ Charles W. Hands III*
Charles W. Hands III, NC Bar No. 52169
Hands Law Office, PLLC
3558 North Davidson Street
Charlotte, NC, 28205
P: (704) 248-7976
F: (704) 248-2866
chands@handslawonline.com

1

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Frederick T. Smith
Seyfarth Shaw LLP
fsmith@seyfarth.com
**Attorney for Defendant Wells Fargo**

Ethan Goemann
Seyfarth Shaw LLP
egoemann@seyfarth.com
**Attorney for Defendant Wells Fargo**

Alesha S. Brown
Justice in Action Law Center
abrown@justiceinactionlaw.com
**Attorney for Plaintiff William Mackey**

This the 9th day of July 2021.

                                                **HANDS LAW OFFICE, PLLC**

                                                */s/ Charles W. Hands III*
                                                Charles W. Hands III, NC Bar No. 52169
                                                Hands Law Office, PLLC
                                                3558 North Davidson Street
                                                Charlotte, NC, 28205
                                                P: (704) 248-7976
                                                F: (704) 248-2866
                                                chands@handslawonline.com