UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-19-FDW

| WILLIAM F. MACKEY, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WELLS FARGO BANK, N.A., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Unopposed Motion to Continue the Pretrial Deadlines (Doc. No. 61). The motion is GRANTED WITH MODIFICATION.

IT IS THEREFORE ORDERED that the Court resets the pretrial deadlines as follows:

Motions in Limine:              December 3, 2021

Responses to Motions in Limine: December 10, 2021

Witness Lists and Exhibit Lists: December 10, 2021

IT IS SO ORDERED.

Signed: September 2, 2021

Frank D. Whitney
United States District Judge